**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>v.<br>Byron Woody,<br>    Defendant. | No.   CR 06-0330-PCT-JAT<br><br>**O R D E R** |

Upon motion of the defendant, having no opposition by the U.S. Attorney and Pretrial Services, and good cause appearing therefore,

IT IS HEREBY ORDERED modifying Bryon Woody's conditions of release permitting Mr. Woody to have contact with family members.

IT IS FURTHER ORDERED that Bryon Woody refrain from having any contact with the victim as well as any direct witness(es) in this case.

IT IS FURTHER ORDERED that all other conditions of release imposed on the defendant will remain the same unless otherwise ordered by this Court.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

DATED this 17th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge